IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OLIVIA B. on behalf of BIJON B., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | No.  14-867 |
| SANKOFA ACADEMY CHARTER SCHOOL, DR. LAMONT MCKIM, LOIS MOSES, THE PENNSYLVANIA DEPARTMENT OF EDUCATION, and CAROLYN DUMARESQ, | : | |
| Defendants. | : | |
| THE PENNSYLVANIA DEPARTMENT OF EDUCATION, and CAROLYN DUMARESQ, | : | |
| Third Party Plaintiffs, | : | |
| SANKOFA ACADEMY CHARTER SCHOOL, THE VANGUARD SCHOOL, and VALLEY FORGE EDUCATIONAL SERVICES, | : | |
| Third Party Defendants. | : | |

**O R D E R**

**AND NOW,** this  1st  day of August 2014, upon consideration of Plaintiffs, Plaintiffs, Bijon B. and Olivia B.'s (collectively "Plaintiffs"), Motion for a TRO (Doc. No. 12), and Defendants, Pennsylvania Department of Education and Carolyn Dumaresq's (collectively, the "State Defendants") Response in Opposition, and Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint (Doc. No. 41), and Plaintiffs' Response and In the Alternative Motion for Summary Judgment (Doc. No. 55), and Defendants' Reply thereto, it is hereby

**ORDERED** that:

1. Plaintiffs' Motion for a TRO is **DENIED**;

2. Defendants' Motion to Dismiss is **GRANTED**; and,

3. Plaintiffs' Motion for Summary Judgment is **DENIED**.

                              BY THE COURT:

                              /s/ Robert F. Kelly
                              ROBERT F. KELLY
                              SENIOR JUDGE