IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OLIVIA B. on behalf of BIJON B., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | No. 14-867 |
| SANKOFA ACADEMY CHARTER SCHOOL, DR. LAMONT MCKIM, and LOIS MOSES, | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW,** this 6th day of August 2014, upon consideration of Plaintiffs, Bijon B. and Olivia B.'s (collectively "Plaintiffs"), "Motion For Default Judgment Against Sankofa Academy Charter School, Dr. Lamont McKim, and Lois Moses and in the Alternative, for Summary Judgment Pursuant to Rule 56 as to Counts I-IV" (Doc. No. 34), it is hereby **ORDERED** that Plaintiffs' Motion is **DENIED WITHOUT PREJUDICE.**[1]

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE

---

[1] We note that Defendants, Sankofa Academy Charter School, Dr. Lamont McKim and Lois Moses, have failed to respond to Plaintiffs' Motion in any manner.