IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OLIVIA B. on behalf of BIJON B., | : CIVIL ACTION |
| Plaintiffs, | : |
| v. | : No. 14-867 |
| SANKOFA ACADEMY CHARTER SCHOOL, DR. LAMONT MCKIM, LOIS MOSES, THE PENNSYLVANIA DEPARTMENT OF EDUCATION, and CAROLYN DUMARESQ, | : |
| Defendants. | : |
| THE PENNSYLVANIA DEPARTMENT OF EDUCATION, and CAROLYN DUMARESQ, | : |
| Third Party Plaintiffs, | : |
| v. | : |
| SANKOFA ACADEMY CHARTER SCHOOL, THE VANGUARD SCHOOL, and VALLEY FORGE EDUCATIONAL SERVICES, | : |
| Third Party Defendants. | : |

**O R D E R**

**AND NOW,** this 29th day of September 2014, upon consideration of Plaintiffs, Bijon B. and Olivia B.'s (collectively "Plaintiffs"), Motion for Civil Contempt (Doc. No. 16), and the individually filed Responses in Opposition submitted by Defendant Sankofa Academy Charter School, and Defendant Lamont McKim, it is hereby **ORDERED** that Plaintiffs' Motion is **DENIED**.

BY THE COURT:

/s/ Robert F. Kelly\_\_\_\_
ROBERT F. KELLY
SENIOR JUDGE