

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OLIVIA B. on behalf of BIJON B., | CIVIL ACTION |
| Plaintiffs, | |
| v. | No. 14-867 |
| SANKOFA ACADEMY CHARTER SCHOOL, DR. LAMONT MCKIM, LOIS MOSES, THE PENNSYLVANIA DEPARTMENT OF EDUCATION, and CAROLYN DUMARESQ, | |
| Defendants. | |
| THE PENNSYLVANIA DEPARTMENT OF EDUCATION, and CAROLYN DUMARESQ, | |
| Third Party Plaintiffs, | |
| SANKOFA ACADEMY CHARTER SCHOOL, THE VANGUARD SCHOOL, and VALLEY FORGE EDUCATIONAL SERVICES, | |
| Third Party Defendants. | |



FILED
NOV -4 2014
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

**AND NOW,** this 4th day of November 2014, upon consideration of the filings submitted by the parties and the arguments presented at the in-court hearing on September 25, 2014, it is **HEREBY ORDERED**:

1. The "Motion to Set Aside Default" filed by Defendants, Lamont McKim and Lois Moses (collectively, the "Individual Defendants") (Doc. 72) is **GRANTED**;

2. The "Motion to Set Aside Default" filed by Defendant, Sankofa Academy Charter School ("Sankofa") (Doc. 88) is **GRANTED**;

ENTERED
NOV -4 2014
CLERK OF COURT

1

3. The "Second Motion for Default Judgment Pursuant to Rule 55(b) Against Sankofa Academy Charter School" filed by Plaintiffs (Doc. 75) is **DENIED AS MOOT**;

4. The "Motion for Default Judgment as to Lamont McKim and Lois Moses" filed by Plaintiffs (Doc. 78) is **DENIED AS MOOT**; and,

5. The "Motion for Attorneys' Fees"[1] filed by Plaintiffs (Doc. 74) is **DENIED**.

BY THE COURT:

ROBERT F. KELLY
SENIOR JUDGE

---

[1] Although Plaintiffs have styled this Motion as "Plaintiffs' Response to the Court's Order of August 14, 2014," we refer to it as "Plaintiffs Motion for Attorneys' Fees."