

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OLIVIA B. on behalf of BIJON B., | CIVIL ACTION |
| Plaintiffs, | |
| v. | No. 14-867 |
| SANKOFA ACADEMY CHARTER SCHOOL, DR. LAMONT MCKIM, LOIS MOSES, THE PENNSYLVANIA DEPARTMENT OF EDUCATION, and CAROLYN DUMARESQ, | |
| Defendants. | |
| THE PENNSYLVANIA DEPARTMENT OF EDUCATION, and CAROLYN DUMARESQ, | |
| Third Party Plaintiffs, | |
| v. | |
| SANKOFA ACADEMY CHARTER SCHOOL, THE VANGUARD SCHOOL, and VALLEY FORGE EDUCATIONAL SERVICES, | |
| Third Party Defendants. | |



## **ORDER**

**AND NOW,** this *19th* day of December 2014, upon consideration of the Motions to Dismiss, which were individually filed by Defendant, Sankofa Academy Charter School ("Sankofa") (Doc. No. 104), and, Defendants, Lamont McKim and Lois Moses (the "Individual Defendants") (Doc. No. 105), and the Responses in Opposition filed by Plaintiffs, Olivia B. and Bijon B., it is **HEREBY ORDERED** that:



1

1. Sankofa's Motion to Dismiss is **GRANTED IN PART** and **DENIED IN PART**. The federal law claims against Sankofa are **DISMISSED WITH PREJUDICE**. However, Sankofa's Motion to Dismiss Plaintiffs' state law claims is **DENIED**.

2. The Individual Defendants' Motion to Dismiss is **GRANTED IN FULL**. All claims against the Individual Defendants are **DISMISSED WITH PREJUDICE**.

BY THE COURT:

*Robert F. Kelly*
ROBERT F. KELLY
SENIOR JUDGE

ENTERED
DEC 19 2014
CLERK OF COURT